UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br>        Plaintiff,<br>   v.<br>CENTENO-GAMEZ,<br>        Defendant. | Case No. 16-cr-00218-SI-1<br><br>SCHEDULING ORDER FOR 2255 AND 3582 MOTIONS |

On January 6, 2020 and January 21, 2020 Mr. Centeno Gamez filed a motion to reduce sentence pursuant to 18 U.S.C. §3582 and a motion to vacate his sentence pursuant to 28 U.S.C. §2255, respectively.

IT IS HEREBY ORDERED THAT:

1.The clerk shall mail a copy of this order to all parties.

2.Within twenty-one (21) days of the date of this order, the United States shall notify the Court whether the motion shall be opposed.

3.If the United States wishes to oppose the motions, it shall, within twenty-one (21) days of the date of this order, submit an agreed upon briefing schedule, or, if it is unable to obtain an agreed upon briefing schedule, it shall file an opposition brief with the Court and serve it upon defendant

within ninety (90) days from the date of this order.

4.The defendant shall file a reply twenty-one (21) days after receiving the government's opposition.

**IT IS SO ORDERED**.

Dated: March 3, 2020

_____
SUSAN ILLSTON
United States District Judge