UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CENTENO-GAMEZ,<br><br>　　　　Defendant. | Case Nos. 16-cr-00218-SI-1 and 18-cr-00204-SI-1<br><br>**ORDER DENYING MOTION FOR A SENTENCE REDUCTION**<br><br>Re: Dkt. No. 53 |

Before the Court is a motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821 of section 1B1.10 of the U.S. Sentencing Commission Guidelines. Dkt. No. 53. Plaintiff is self-represented. The Federal Public Defender notified the Court that it does not intend to assume representation of Mr. Centeno-Gamez.[1] U.S. Probation issued a sentence reduction investigation memorandum on February 29, 2024. Dkt. No. 55. The government filed an opposition to Mr. Centeno-Gamez's motion on March 1, 2024.[2]

Mr. Centeno-Gamez filed his motion under case number 16-cr-0218-SI. However, Mr. Centeno-Gamez has already served both his original custodial sentence and an additional 24-month sentence for supervised release violations in that case. Mr. Centeno-Gamez remains incarcerated pursuant to an 84-month sentence imposed on October 2, 2018 under case number 18-cr-0204-SI. According to the government, "status points" in this case did not affect Mr. Centeno-Gamez's sentence because he was subject to the Career Offender Guidelines. *See* Probation Presentence

---

[1] The Federal Public Defender took no position on Mr. Centeno-Gamez's motion. Dkt. No. 54.

[2] It appears that Mr. Centeno-Gamez is due to be released on May 14, 2024, so the result of this motion will likely be of little significance.

1  Report ¶ 39. Thus, according to the government, he is ineligible for a sentence reduction.

2  The Court has reviewed the case records and all relevant documents and agrees with the
3  government that Mr. Centeno-Gamez is not eligible for a sentence reduction for the reasons stated
4  above. His motion is thus DENIED.

6  **IT IS SO ORDERED**.

7  Dated: April 2, 2024

_____
SUSAN ILLSTON
United States District Judge